UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN MARES MURILLO, | ) |
| | ) CASE NO. C13-366-RAJ |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| ERIC HOLDER, JR., Attorney General of the United States, | ) |
| | ) |
| | ) |
| Respondent. | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 3), respondent's return and motion to dismiss (Dkt. No. 9), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Petitioner's petition for writ of habeas corpus (Dkt. No. 3) is DENIED, respondent's motion to dismiss (Dkt. No. 9) is GRANTED, and this matter is DISMISSED with prejudice.

//

ORDER OF DISMISSAL
PAGE -1

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 20th day of August, 2013.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE -2