01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 JUAN MARES MURILLO,                                )
                                                     ) CASE NO. C13-366-RAJ
09           Petitioner,                             )
                                                     )
10      v.                                           ) ORDER OF DISMISSAL
                                                     )
11 ERIC HOLDER, JR., Attorney General of the         )
   United States,                                    )
12                                                   )
             Respondent.                             )
13 _____           )

14      The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 3),

15 respondent's return and motion to dismiss (Dkt. No. 9), the Report and Recommendation of the

16 Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds

17 and Orders as follows:

18      1.   The Court adopts the Report and Recommendation.

19      2.   Petitioner's petition for writ of habeas corpus (Dkt. No. 3) is DENIED,

20           respondent's motion to dismiss (Dkt. No. 9) is GRANTED, and this matter is

21           DISMISSED with prejudice.

22 //

ORDER OF DISMISSAL
PAGE -1

3.  The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 20th day of August, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE -2